## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

———————————————————x
                   :

BRAD BARKAU, Individually and on     :
Behalf of All Others Similarly Situated,  :
                   :

          Plaintiff,   :   No. 16-cv-02971 (RA)

      v.           :   **(Oral Argument Requested)**

CALIFORNIA RESOURCES      :
CORPORATION,          :
                   :

         Defendant.  :
                   :
———————————————————x

## DEFENDANT'S NOTICE OF MOTION
## TO DISMISS THE CLASS ACTION COMPLAINT

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Darrell S. Cafasso and exhibits thereto, and the Memorandum of Law in Support of Defendant California Resources Corporation's Motion Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to Dismiss the Class Action Complaint, dated July 8, 2016, Defendant California Resources Corporation will move this Court before the Honorable Ronnie Abrams, United States District Judge, on a date and time to be determined by the Court, at the United States Courthouse located at 40 Foley Square, New York, NY 10007, Courtroom 1506, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing with prejudice the putative class action complaint filed in this action on April 21, 2016 by Brad Barkau, and for such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        July 8, 2016

                                        */S/ Theodore Edelman*
                                        Theodore Edelman
                                        Darrell S. Cafasso
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York  10004
                                        Telephone:  212-558-4000
                                        Facsimile:  212-291-9307

                                        *Counsel for Defendant*
                                        *California Resources Corporation*